IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICKY WAYNE HOWELL                                                    PLAINTIFF

            v.                        Civil No. 06-5016

SGT. WHITTINGTON; and
SHERIFF TIM HELDER                                                   DEFENDANTS

## ORDER

On November 14, 2006, defendants filed a motion to dismiss (Doc. 24). In view of the filing

of the pending motion to dismiss, the portion of the court's order entered on November 13, 2006

(Doc. 22) directing defendants to file a summary judgment motion by December 20, 2006, is set

aside.

IT IS SO ORDERED this 16th day of November 2006.


                                            /s/ Beverly Stites Jones
                                            HON. BEVERLY STITES JONES
                                            UNITED STATES MAGISTRATE JUDGE