IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RICKY WAYNE HOWELL**                                              **PLAINTIFF**

**v.**                              **Civil No. 06-5016**

**SGT. WHITTINGTON; and**
**SHERIFF TIM HELDER**                                              **DEFENDANTS**

### O R D E R

Now on this 9th day of January, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #27, filed November 16, 2006, in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **defendants' Motion to Dismiss is hereby granted and plaintiff's complaint is dismissed.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　**/s/Jimm Larry Hendren**
　　　　　　　　　　　　　　　　　　　　**HON. JIMM LARRY HENDREN**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**